**FILED**

AUG 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO240 (Rev. 1/94)

## UNITED STATES DISTRICT COURT

DISTIRCT OF _____ COLUMBIA

VINCENT J. DIMODICA,

    Plaintiff

V.

UNITED STATES, et al,

    Defendant

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: **08 1487**

I, VINCENT J. DIMODICA, declare that I am the (check appropriate box)

☒ Petioner/plaintiff/movant      ☐ Other

In the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ___F.C.I. Otisville___

   Are you employed at the institution? __Yes__    Do you receive any payment from the Institution? __Yes__
   ($ 5.16 per month)
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at lest the past six months' transactions.

2. Are you presently employed?    ☐ Yes    ☒ No

   a. If the answer is "yes," state the amount of your take home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of your take home salary or wages and pay period and the name and address of your last employer.

   Last employed 14 years ago

3. In the past 12 months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other of self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

**RECEIVED**

AUG 15 2008

Clerk, U.S. District and Bankruptcy Courts

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

Do you have any cash or checking or savings account?  ☐ Yes  ☒ No

If "Yes" state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

August 10, 2008
DATE

_Vincent J. DeModica_
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit

at (name of institution) _____

I further certify that the applicant has the following securities to his/her credit _____

_____. I further certify that the past six months the applicant's average

balance was _____.

DATE                                    SIGNATURE OF AUTHORIZED OFFICER

## PRISONER AUTHORIZATION

__DIMODICA__   vs.   __UNITED STATES, et al__


I, _____VINCENT J. DIMODICA_____, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the District of Columbia, a certified copy of my prison trust fund account statement for the past 6 months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the District of Columbia. This authorization shall apply to any agency into whose custody I may be transferred.


**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTION FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

_Vincent J. DiModica_  
Signature of Plaintiff

_August 10, 2008_  
Date Signed

__VINCENT J. DIMODICA__  
Printed Name


__71342-159__  
Bureau of Prisons I.D. #