FILED
AUG 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vincent DiModica, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08 1487 |
| | ) |
| United States of America *et al.*, | ) |
| | ) |
| Respondents. | ) |

TRANSFER ORDER

Petitioner is a prisoner confined at the Federal Correctional Institution in Otisville, New York, challenging his sentence calculation. He seeks a declaratory judgment and a writ of mandamus, but his remedy lies exclusively in a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. *See LoBue v. Christopher*, 82 F.3d 1081, 1082-84 (D.C. Cir. 1996) (district court lacked subject matter jurisdiction over declaratory judgment action where *habeas corpus* remedy was available in the location of the custodian); *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 806 (D.C. Cir. 1988) (where "habeas is an available and potentially efficacious remedy, it is clear beyond reasonable dispute that mandamus will not appropriately lie").

"[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004); *accord Rooney v. Secretary of Army*, 405 F.3d 1029, 1032 (D.C. Cir. 2005) (habeas "jurisdiction is proper only in the district in which the immediate, not the ultimate, custodian is located.") (internal citations and quotation marks omitted). Petitioner's custodian is not within this Court's territorial jurisdiction. The



Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 26 day of August 2008,

ORDERED that this case is TRANSFERRED to the United States District Court for the Southern District of New York. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Rosemary M. Collyer
United States District Judge